IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dupaty, Barbara A

Printed: 10/9/07

Case Number: 06 B 01584
Judge: Goldgar, A. Benjamin
Filed: 2/21/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 28, 2007
Confirmed: April 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 30,010.00 |  |
| Secured: |  | 27,540.50 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 940.00 |
| Trustee Fee: |  | 1,529.50 |
| Other Funds: |  | 0.00 |
| Totals: | 30,010.00 | 30,010.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 940.00 | 940.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 19,915.98 | 19,314.40 |
| 3. | Capital One Auto Finance | Secured | 19,847.17 | 6,000.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 8,204.05 | 2,226.10 |
| 5. | Capital One Auto Finance | Unsecured | 0.00 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 936.05 | 0.00 |
| 7. | B-Line LLC | Unsecured | 4,085.38 | 0.00 |
| 8. | B-Line LLC | Unsecured | 3,710.49 | 0.00 |
| 9. | Charming Shoppes-Fashion Bug | Unsecured | 868.90 | 0.00 |
| 10. | Sprint | Unsecured | 185.68 | 0.00 |
| 11. | Fingerhut | Unsecured | 1,062.53 | 0.00 |
| 12. | Aspire Visa | Unsecured | 246.22 | 0.00 |
| 13. | DaimlerChryster Financial | Unsecured | 12,821.44 | 0.00 |
| 14. | Capital One | Unsecured |  | No Claim Filed |
| 15. | Bedford Fair Apparel | Unsecured |  | No Claim Filed |
| 16. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 17. | Citibank | Unsecured |  | No Claim Filed |
| 18. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 19. | Credit Management Service | Unsecured |  | No Claim Filed |
| 20. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 72,823.89 | $ 28,480.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 226.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dupaty, Barbara A

Printed: 10/9/07

Case Number: 06 B 01584
Judge: Goldgar, A. Benjamin
Filed: 2/21/06

|  |  |
|---|---|
| 5% | 303.00 |
| 4.8% | 567.36 |
| 5.4% | 432.54 |
|  | _____ |
|  | $ 1,529.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)